UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | | Jane K. Castro<br>Chief Deputy Clerk |

April 27, 2023

Ms. Skyler O'Hara
United States District Court for the District of Kansas
Office of the Clerk
500 State Avenue
Robert J. Dole U.S. Courthouse
Room 259
Kansas City, KS 66101-0000


Mr. Jason L. Bush
Mr. Brendan L. McPherson
Polsinelli
900 West 48th Place, Suite 900
Kansas City, MO 64112

Mr. David Lewis Ballew
Mr. John Duggan
Mr. Dustin Rucinski
Duggan Shadwick Doerr & Kurlbaum
9101 West 110th Street, Suite 200
Overland Park, KS 66210-0000

Mr. David K Schultz
Polsinelli
2049 Century Park E, Suite 2900
Los Angeles, CA 90067


**RE:**     **23-3025, 23-3043, Lenexa 95 Partners v. Kin**
               Dist/Ag docket: 2:20-CV-02367-JWB

Dear Clerk and Counsel:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/at